JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASEY TRAVON ROBINSON,<br><br>　　　　　Petitioner,<br>　　v.<br>WILLIAM SULLIVAN, Warden,<br><br>　　　　　Respondent. | Case No. 5:19-cv-02187-JVS-AFM<br><br>**JUDGMENT** |

　　　This matter came before the Court on the Petition of KASEY TRAVON ROBINSON, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

　　　IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: July 30, 2020

_____
JAMES V. SELNA
SENIOR U.S. DISTRICT JUDGE